**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TANETHIA HOLDEN,
an individual,

                                                           Case No.: 6:19-cv-02373-CEM-EJK

    Plaintiff,

v.

HOLIDAY INN CLUB
VACATIONS INCORPORATED,
f/k/a ORANGE LAKE COUNTRY CLUB, INC.,
a foreign for-profit corporation, and
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING EXHIBITS TO THE COMPLAINT**

**COMES NOW**, Plaintiff, TANETHIA HOLDEN (hereinafter, "Plaintiff"), by and through the undersigned counsel, and hereby files *Plaintiff's Notice of Filing Exhibits to Complaint*. In support thereof, Plaintiff states:

**INTRODUCTION AND PROCEDURAL BACKGROUND**

1. On or about December 16, 2019, Plaintiff filed her Complaint against Defendants, HOLIDAY INN CLUB VACATIONS INCORPORATED, f/k/a ORANGE LAKE COUNTRY CLUB, INC. and EXPERIAN INFORMATION SOLUTIONS, INC. (hereinafter collectively, "Defendants") alleging that Defendants violated the Fair Credit Reporting Act, 15 United States Code, Section 1681 *et seq*. Doc. 1.

2. More specifically, Plaintiff's counsel electronically filed the Complaint on Plaintiff's behalf via the Court's Case Management/Electronic Case Filing (CM/ECF).

3. However, Plaintiff's counsel was unable to electronically file the exhibits because

1

several exhibits exceeded the maximum file size permitted by the CM/ECF system.[1]

4. Plaintiff subsequently divided all exhibits to comply with the Administrative Procedures for Electronic Filing for the United States District Court, Middle District of Florida, and hereby files such divided exhibits in compliance with the Court's Administrative Procedures. Please see attached true and correct copies of redacted Exhibits A through L as referenced in the Complaint.

Dated: January 6, 2020

Respectfully submitted,

**SWIFT, ISRINGHAUS & DUBBELD P.A.**

/s/ *Aaron M. Swift*
**Aaron M. Swift, Esq., FBN 0093088**
**Jordan T. Isringhaus, Esq., FBN 0091487**
**Jon P. Dubbeld, Esq., FBN 105869**
**Sean E. McEleney, Esq., FBN 125561**
10460 Roosevelt Blvd. North
Suite 313
St. Petersburg, FL 33703
Phone: (813) 563-8466
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
jdubbeld@swift-law.com
smceleney@swift-law.com

~and~

**FINN LAW GROUP, P.A.**
**Michael D. Finn, Esq., FBN 89029**
**J. Andrew Meyer, Esq., FBN 56766**
7431 114th Avenue, Suite 104
Largo, FL 33773
Phone: (855) 346-6529
Fax: (727) 475-1494
michaeldfinn@finnlawgroup.com
ameyer@finnlawgroup.com

---

[1] The Administrative Procedures for Electronic Filing for the United States District Court, Middle District of Florida require that each PDF document submitted via CM/ECF must be less than ten (10) megabytes.

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify this 6th day of January 2019 that I will serve a true and correct copy of the above and foregoing *Plaintiff's Notice of Filing Exhibits to the Complaint* via U.S. mail or process server as required by the Federal Rules of Civil Procedure and the Court's Local Rules.

/s/ *Aaron M. Swift*
Attorney